# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TSANN KUEN (ZHANGZHOU) ENTERPRISE CO., LTD.<br><br>        Plaintiff,<br><br>   v.<br><br>HUAYU ELECTRICAL APPLIANCE GROUP CO., LTD., TARGET CORPORATION and TARGET BRANDS, INC.<br><br>        Defendants. | Case No.  2:18-cv-489<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

     Plaintiff, Tsann Kuen (Zhangzhou) Enterprise Co., Ltd. hereby files this Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or motion for summary judgment. Defendants Huayu Electrical Appliance Group Co., Ltd., Target Corporation, and Target Brands, Inc. have neither answered the Complaint nor filed a motion for summary judgment. Accordingly, Plaintiff voluntarily dismisses Defendants Huayu Electrical Appliance Group Co., Ltd., Target Corporation, and Target Brands, Inc. without prejudice pursuant to Rule 41(a)(1)(A)(i).

 Dated:  January 18, 2019                          Respectfully submitted,

                                                      */s/ Korula T. Cherian*
                                                      Elizabeth L. DeRieux (State Bar No. 05770585)
                                                      **Capshaw DeRieux, LLP**

>114 E. Commerce Ave.
>Gladewater, TX 75647
>Telephone: 903-845-5770
>ederieux@capshawlaw.com
>
>Korula T. Cherian
>**RuyakCherian LLP**
>1936 University Ave, Ste. 350
>Berkeley, CA  94702
>sunnyc@ruyakcherian.com
>
>
>ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

 I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this January 18, 2019 with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

>*Korula T. Cherian*
>Korula T. Cherian