IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TSANN KUEN (ZHANGZHOU) ENTERPRISE CO., LTD., | § § § § § | |
| *Plaintiff*, | § | |
| v. | § § | CIVIL ACTION NO. 2:18-CV-00489-JRG |
| HUAYU ELECTRICAL APPLIANCE GROUP CO., LTD., TARGET CORPORATION, TARGET BRANDS, INC., | § § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiff Tsann Kuen (Zhangzhou) Enterprise Co., Ltd.'s ("Zhangzhou") Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (the "Notice"). (Dkt. No. 15.) In light of the Notice and being advised that Defendants Huayu Electrical Appliance Group Co., Ltd., Target Corporation, and Target Brands, Inc. (collectively, "Defendants") have not filed answers or motions for summary judgment, it is hereby **ORDERED** that Zhangzhou's claims in this case against Defendants are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** the above-referenced case.

**So ORDERED and SIGNED this 22nd day of January, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE